SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
KORTTNEY ELLIOTT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTTNEY ELLIOTT,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA ELIDA RODRIGUEZ D/B/A ELIDA'S STUDIO; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-02418 SPG (PVCx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

    Notice is hereby given that Plaintiff KORTTNEY ELLIOTT ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  April 1, 2025                  **SO. CAL EQUAL ACCESS GROUP**

                                                     */s/ Jason J. Kim*
                                                    JASON J. KIM
                                                    Attorney for Plaintiff

PROOF OF SERVICE

I, Angel Nam, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On April 1, 2025, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Maria Elida Rodriguez
4473 Tweedy Boulevard
South Gate CA 90280

DOCUMENT(S): **NOTICE OF SETTLEMENT**

(X)  BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )  BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )  BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )  BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )  BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on April 1, 2025, at Los Angeles, California.

_____